ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAR 24 A 9 36

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE JINKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-068 |
| | ) | |
| JASON MEDLIN, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 20). Accordingly, the R&R of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims based on deliberate indifference to safety, deliberate indifference to serious medical needs, placement in segregation without investigation or hearing, imposition of a co-payment for medication, denial of access to the courts, and claims for monetary damages against Defendants in their official capacities are dismissed for failure to state a claim upon which relief may be granted.

SO ORDERED this 24th day of March, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE