IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE JINKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-068 |
| | ) | |
| JASON MEDLIN, Warden; | ) | |
| JERRY MILES, Assistant Warden; | ) | |
| MICHAEL QUINN, Assistant Warden; | ) | |
| LATASHA HARRIS, Chief; | ) | |
| PAT CLARK, Medical Director; | ) | |
| STEPHEN SMITH, Classification; | ) | |
| ERIC BRYANT, Chief; | ) | |
| MYRTLE EVANS, Grievance Coordinator; | ) | |
| and GLENN POWELL, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

On September 13, 2013, Plaintiff brought the above-captioned case pursuant to 42 U.S.C. § 1983. On August 7, 2015, the undersigned issued a Report and Recommendation ("R&R") that recommended granting Defendants' motions for summary judgment. (Doc. no. 90.) The Court issued an accompanying Order explaining that Plaintiff had until August 24, 2015, to file any objections to the Court's recommendation. (Id.)

Plaintiff has not filed any objections, but on August 26, 2015, he filed a notice of change of address. (Doc. no. 92.) Out of caution that Plaintiff may not have received the Report and Recommendation because of his recent address change, the **CLERK** is **DIRECTED** to re-serve Plaintiff with copies of the Court's August 7, 2015, Order and

R&R. (Doc. no. 91.) Moreover, in light of these circumstances, Plaintiff shall have through and until the close of business on **September 9, 2015**, in which to file objections to the R&R. No further extensions for objections will be granted absent a showing of good cause. All other provisions of the Court's August 7th Order shall remain in full force and effect.

SO ORDERED this 27th day of August, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA