IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EDDIE LEE JINKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-068 |
| | ) | |
| JASON MEDLIN, Warden; | ) | |
| JERRY MILES, Assistant Warden; | ) | |
| MICHAEL QUINN, Assistant Warden; | ) | |
| LATASHA HARRIS, Chief; | ) | |
| PAT CLARK, Medical Director; | ) | |
| STEPHEN SMITH, Classification; | ) | |
| ERIC BRYANT, Chief; | ) | |
| MYRTLE EVANS, Grievance Coordinator; | ) | |
| and GLYNN POWELL, Unit Manager, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motions for summary judgment, **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants, and **CLOSES** this civil action.

SO ORDERED this ___ day of September, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE